Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Telephone: (925) 228-0120
Facsimile: (925) 228-0526
E-Mail: Tevist@sbcglobal.net

**RECEIVED** JAN 2 4 2011 BANKRUPTCY COURT OAKLAND, CALIFORNIA

**FILED** JAN 1 8 2011 UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

FOREFRONT PROPERTIES, INC.,

Debtor.
_____/

Chapter 7
Case No. 06-41029 E-7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of the Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case herby turns over to the court, unclaimed dividends in the amount of $740.02. The Name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 16 | Joseph & Frances Rohrer<br>535 Santa Florita Avenue<br>Millbrae, CA 94030 | $32,000.00 | $740.02 |
| | Total Dividend Amount | | $740.02 |

Dated: January 12, 2011

_____
Tevis T. Thompson, Jr.
Chapter 7 Trustee

-1-