Tevis T. Thompson, Jr.
Chapter 7 Bankruptcy Trustee
P.O. Box 1110
Martinez, CA 94553
Telephone: (925) 228-0120
Facsimile: (925) 228-0526
E-Mail: Tevist@sbcglobal.net

**RECEIVED** **FILED**

JAN 2 4 2011    JAN 1 8 2011

BANKRUPTCY COURT    UNITED STATES BANKRUPTCY COURT
OAKLAND, CALIFORNIA    SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

FOREFRONT PROPERTIES, INC.,

Chapter 7
Case No. 06-41029 E-7

Debtor.

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of the Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case herby turns over to the court, unclaimed dividends in the amount of $346.89. The Name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | Kathleen Ritchie 1132 Rosedale Avenue Burlingame, CA 94010 | $15,000.00 | $346.89 |
| | Total Dividend Amount | | $346.89 |

Dated:   January 12, 2011

Tevis T. Thompson, Jr.
Chapter 7 Trustee

-1-